IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00110–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRUCE JAMES COLLINS,
2. EDLOW ELIZABETH COLLINS,
    a/k/a Edlow Elizabeth Salley,

    Defendants.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a seven-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 2, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is May 9, 2008. All responses shall be filed by May 16, 2008. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

1

**ORDERED** that a change of plea hearing is scheduled to commence at 2:45 o'clock p.m. on Thursday, **May 22, 2008**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, May 20, 2008.

Dated: April 14, 2008