UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00110-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRUCE JAMES COLLINS; and
2. EDLOW ELIZABETH COLLINS a/k/a EDLOW ELIZABETH SALLEY,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Edlow Collins' Motion for Permission to Travel (filed March 10, 2009) [doc. # 67] is **GRANTED**, although it may now be moot. Also, Defendant Bruce Collins' Motion to Extend Time filed March 10, 2009 [doc. # 68] is **GRANTED**. Defendant is permitted to surrender himself on March 24, 2009, instead of March 16, 2009.

    Dated: March 19, 2009